In re: Gerald Damone HOPPER, Petitioner.

No. 05–7338.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 23, 2005.

Decided Dec. 15, 2005.

Gerald Damone Hopper, Petitioner Pro Se.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Damone Hopper petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion filed under 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp.2005). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court granted Hopper's motion on October 28, 2005. Accordingly, because the district court has recently decided Hopper's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*PETITION DENIED*